IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-447-FDW-DCK

| | |
|---|---|
| W.M. BARR & COMPANY, INC., ) | |
| ) | |
| **Plaintiff**, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DUMOND, INC., ) | |
| ) | |
| **Defendant**. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 19) filed by Seth L. Hudson, concerning David R. Merritt, on November 2, 2022. David R. Merritt seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 19) is **GRANTED**. David R. Merritt is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: November 2, 2022

David C. Keesler
United States Magistrate Judge